CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: cbperk@earthlink.net

Attorney for Plaintiff
LAURA CORBETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CORBETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 10-CV-02348 LHK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Laura Corbett and Defendant, Life Insurance Company of North America, by and through their respective attorneys of record herein, that this entire action shall be dismissed with prejudice, including the Complaint and any and all cross-claims or counter-claims, each party to bear her or its own attorney's fees and costs.

IT IS SO STIPULATED.

DATE: December 8, 2010　　　　　　　　　　FLYNN, ROSE & PERKINS

　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　CHARLES B. PERKINS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Laura Corbett

DATE: December 8, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By _____/s/ Sean P. Nalty_____
SEAN P. NALTY
Attorney for Defendant
Life Insurance Company of North America

ORDER

Based on the parties' stipulation for dismissal of the entire action,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, including the Complaint, and any and all cross-claims or counter-claims, each party to bear her or its own attorney's fees and costs.

IT IS SO ORDERED. The Clerk shall close this file.

DATE: _ December 9, 2010

_____/s/ Lucy H. Koh_____
Honorable Lucy H. Koh
DISTRICT COURT JUDGE